ED. WHITE v. THE TERRITORY OF OKLAHOMA.

(Filed July 6, 1901.)

JUDGMENT—Not Disturbed When. In a criminal cause where the prisoner appeals from a judgment of conviction and no briefs are filed, or argument presented, this court will make an examination of the indictment, instructions excepted to, and judgment, and if no error is apparent, will affirm the case.

(Syllabus by the Court.)

*Appeal from the District Court of Noble County; before Bayard T. Hainer, Trial Judge.*

Thos. H. Doyle, for appellant.

J. C. Strang, Attorney General, for appellee.

Opinion of the court by

BURFORD, C. J.: The plaintiff in error was convicted in the district court of Noble county for the crime of burglary in the second degree, and sentenced to serve a term of 5 years in the penitentiary. The judgment and sentence was entered on December 30, 1899. No brief has been filed and we are not advised what the plaintiff in error complains of, or relies upon for a reversal. In cases of this kind, we do not consider it the duty of this court to go into a careful examination of the evidence to determine whether or not the trial court erred in the admission or rejection of testimony. We have examined the indictment, the instructions of the court and the judgment and sentence, and we have discovered no error which will warrant a reversal of the judgment.

The judgment of the district court of Noble county is in all things affirmed, at the cost of the plaintiff in error.

Hainer, J., who presided in the court below, not sitting; all the other Justices concurring.